JOSEPH B. MANTON, APPELLANT, *v.* JOHN F. CABOT AND OTHERS, RESPONDENTS.

APPEAL from a judgment in favor of the defendants, entered on a nonsuit directed at the Circuit.

The action was brought to recover moneys agreed to be paid to the plaintiff for negotiating a contract for the defendants. The only question in the case was, whether the plaintiff was entitled to the money as soon as the contract was made, or only upon payment to the defendant of the money due thereunder. The court *held* the latter to be the correct construction of the contract ; and, as the money had not been received by the defendants, *held* that the plaintiff was properly nonsuited.

*John S. Washburn,* for the appellant.

*Wm. W. MacFarland,* for the respondents.

Opinion by DAVIS, P. J.

BRADY and DANIELS, JJ., concurred.

Judgment affirmed.